UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES E. SMITH, | ) | 1:06-CV-01434-OWW-LJO-P |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR FILING FEE |
| v. | ) ) | |
| BOARD OF PRISON TERMS PERSONNEL, et al., | ) ) ) | (Docs. 6, 7) |
| Defendants. | ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 11, 2006, and December 12, 2006, plaintiff filed motions for an extension of time to submit an application to proceed in forma pauperis or pay the $350.00 filing fee, pursuant to the court's order of November 9, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to submit an application to proceed in forma pauperis or pay the $350.00 filing fee, pursuant to the court's order of November 9, 2006.

IT IS SO ORDERED.

**Dated:   December 19, 2006**          /s/ Lawrence J. O'Neill
i0d3h8                                           UNITED STATES MAGISTRATE JUDGE