UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>BOARD OF PRISON TERM<br>PERSONNEL, et al.,<br><br>　　　Defendants.<br>_____ | 1:06-CV-01434 LJO NEW (DLB) (PC)<br><br>ORDER GRANTING THIRTY-DAY EXTENSION OF TIME TO FILE AMENDED COMPLAINT<br><br>(DOCUMENT #19) |

　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 3, 2007, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file an amended complaint.

　　　IT IS SO ORDERED.

　　　Dated:   **June 14, 2007**　　　　　　　　/s/ **Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE