# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH,<br><br>        Plaintiff,<br><br>   v.<br><br>BOARD OF PRISON TERM PERSONNEL, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:06-cv-01434-LJO-NEW (DLB) PC<br><br>ORDER DENYING MOTION TO SET ASIDE JUDGMENT, WITH PREJUDICE<br><br>(Doc. 26)<br><br>ORDER THAT NO FURTHER MOTIONS TO SET ASIDE JUDGMENT WILL BE CONSIDERED, AND ANY SUCH MOTIONS FILED WILL BE STRICKEN FROM THE RECORD |

     Plaintiff James E. Smith ("plaintiff") is a state prisoner who was proceeding pro se and in forma pauperis in this civil action. On August 16, 2007, the Court dismissed this action, with prejudice, for failure to state a claim upon which relief may be granted and failure to obey a court order. Plaintiff filed a motion seeking to set aside the judgment on September 17, 2007, and his motion was denied by the Court on September 21, 2007. On October 15, 2007, plaintiff filed a second motion to set aside judgment, pursuant to Federal Rules of Civil Procedure 60(b)(4) and (6).

     Plaintiff's second motion suffers from the same deficiency as his first motion in that it is not supported by *any* coherent argument that he is entitled to relief from judgment pursuant to Rule 60(b)(4) or (b)(6). The Court can discern no good faith basis for the filing of the motion, and it is HEREBY ORDERED DENIED, with prejudice.

///

///

1

1    It is FURTHER ORDERED that no further motions to set aside or amend the judgment will
2 be considered by the Court, and any such motions filed will be stricken from the record.

4 IT IS SO ORDERED.

5 **Dated:**     **October 18, 2007**                    /s/ Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE